**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **FRANCISCO TORRES,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 08-cv-714-WDS** |
| vs. ) | |
| ) | **CRIMINAL NO. 04-cr-30154** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**STEIHL, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. On January 13, 2006 Petitioner pleaded guilty to knowingly and intentionally conspiring to distribute 12,000 dosage units of MDMA in violation of 21 U.S.C. 841(a)(1) and 21 U.S.C. 846. On May 17, 2006, Petitioner was sentenced to 235 months imprisonment, 3 years supervised release, a fine of $500, and a special assessment of $100. Petitioner's conviction and sentence were affirmed on direct appeal. *U.S. v. Torres,* 217 Fed.Appx. 540 (7th Cir. 2007). Petitioner's application for a writ of certiorari to the Supreme Court of the United States was denied. *Torres v. U.S.,* 128 S.Ct. 111 (U.S. 2007).

In his § 2255 motion, Petitioner asserts the following three ineffective assistance of counsel claims: (1) that his attorney failed to understand the law properly when he advised him to plead guilty; (2) that his attorney failed to explain to him that without a trial he would lose the ability to confront the witnesses against him; and (3) that several of his sentence enhancements were based on witness testimony that his attorney should have worked to discredit.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach

all relevant portions of the record.

**IT IS SO ORDERED**.

**DATED: July 22, 2009.**

                                                **s/ WILLIAM D. STIEHL**
                                                    **DISTRICT JUDGE**